### In re SUDBURY.

### WISE & WHITLOCK, Inc., v. SUDBURY.

(Supreme Court, Appellate Division, First Department. January 14, 1916.)

Courts &⇒485—City Court—Action—Removal to Supreme Court.

    Actions within the jurisdiction of the City Court and pending therein, where no actions are pending in the Supreme Court involving the same causes of action, and not within Code Civ. Proc. §§ 319, 319a, authorizing the removal of actions from the City Court to the Supreme Court, are not removable.

    [Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 1292–1298; Dec. Dig. &⇒485.]

Appeal from City Court of New York.

Actions by Wise & Whitlock, Incorporated, against Edward B. Sudbury. On motion by defendant to remove the actions pending in the City Court to the Supreme Court. Motion granted, and plaintiff in such actions appeals. Reversed, and motion denied.

· Argued before CLARKE, P. J., and McLAUGHLIN, LAUGHLIN, SCOTT, and PAGE, JJ.

&⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Otto C. Sommerich, of New York City, for appellant.
Arthur L. Fullman, of New York City, for respondent.

PER CURIAM.   The City Court has jurisdiction of the actions brought, and which are now pending therein.   No actions are now pending in the Supreme Court involving the same causes of action. The only provisions in the Code of Civil Procedure authorizing the removal of actions from the City Court are contained in sections 319 and 319a.   None of these provisions apply to the case at bar.

Under such circumstances, there is no authority for the order appealed from, and it must be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.   Order filed.